

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2015

No. 04-15-00280-CR

Driss **NASSOURI,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2608
Honorable Steve Hilbig, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to October 5, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:  Nicolas A. LaHood
District Attorney, Bexar County
101 W. Nueva, Suite 370
San Antonio, TX 78205

Nancy B. Barohn
Attorney At Law
1202 South Alamo Street
San Antonio, TX 78210